| | |
|---|---|
| Debtor 1 | MICHAEL O WATKINS |
| Debtor 2 | |
| United States Bankruptcy Court for the: District of Colorado | |
| Case Number: 13-10141 KHT | |

<u>Form 4100N</u>

## **Notice of Final Cure Payment**          **10/15**

According to Bankruptcy Rule 3002.1 (f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor has completed all payments under the plan.

**Part 1: Mortgage Information**

| | Court Claim No.: |
|---|---|
| Name of Creditor:  BSI FINANCIAL SERVICES | 002 |
| Last 4 digits of any number you use to identify the debtor's account:   9275 | |
| Property Address:        19101 EAST 195TH AVE, HUDSON, CO 80642 | |

**Part 2: Cure Amount**

| Total cure disbursements made by the trustee: | Amount |
|---|---|
| (a) Allowed prepetition arrearage: | $14,272.80 |
| (b) Prepetition arrearage paid by the trustee: | $14,272.80 |
| (c) Amount of post-petition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1 (c): | $ |
| (d) Amount of post –petition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1 (c) and paid by the trustee: | $ |
| (e) Allowed post-petition arrearage: | $ |
| (f) Post-petition arrearage paid by the trustee: | $ |
| (g) **Total:**  Add lines b, d, and f. | $14,272.80 |

MICHAEL O WATKINS                                        Case Number: 13-10141 KHT

**Part 3:** **Post-petition Mortgage payment**

*Check one:*

☐      Mortgage is paid through the trustee.

        Current monthly mortgage payment    $_____

        The next post-petition payment is due on:    _____/_____/_____

                                                                       MM       DD      YYYY

☒      Mortgage is paid directly by the debtor.

**Part 4:** **A Response Is Required By Bankruptcy Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor, their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor has paid in full the amount required to cure the default and stating whether the debtor has (i) paid all outstanding post-petition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, is current on all post-petition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor and the creditor.

        X  /s/ Adam M. Goodman_____     Date    3/5/2018

        Adam M. Goodman

Address       Chapter 13 Trustee

                 PO Box 1169

                 Denver, CO 80201

Contact Phone (303) 830-1971       Email    mail@ch13colorado.com

MICHAEL O WATKINS                                                  Case Number: 13-10141 KHT

CERTIFICATE OF SERVICE

        The undersigned certifies that on March 5, 2018, I served by prepaid first class mail a copy of the Notice of Final Cure Payment on all interested parties at the following addresses:

BSI FINANCIAL SERVICES
PO BOX 679002
DALLAS, TX 75267-9002

MICHAEL O WATKINS
19101 E. 195TH AVE.
HUDSON, CO 80642

LAW OFFICE OF DAVID M
SERAFIN
3773 CHERRY CREEK DRIVE N
#575
DENVER, CO 80209

BSI FINANCIAL SERVICES
1425 GREENWAY DRIVE #400
IRVING, TX 75038

KRISTIN A ZILBERSTEIN, ESQ
C/O LAW OFFICES OF MICHELLE
GHIDOTTI
AGENT FOR BSI FINANCIAL SERVICES
5120 E LA PALMA AVE #206
ANAHEIM HILLS, CA 92807

Dated: March 5, 2018                          By: /s/ Paula
                                              Chapter 13/Staff Member